**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1106

SIDDHANTH SHARMA,

Plaintiff - Appellant,

v.

DEMETRIUS A. CLARK; FELIX TAYLOR; DEAN HEFFERNAN; CHRISTOPHER ADAMS; TONY BETHEA; CHRISTOPHER QUICK; BRIAN KERSTETTER; STEPHEN JACOBS,

Defendants - Appellees,

No. 24-1107

SIDDHANTH SHARMA,

Plaintiff - Appellant,

v.

DEMETRIUS A. CLARK; FELIX TAYLOR; DEAN HEFFERNAN; CHRISTOPHER ADAMS; TONY BETHEA; CHRISTOPHER QUICK; BRIAN KERSTETTER; STEPHEN JACOBS,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-ct-03311-M)

Submitted:  March 12, 2024                                    Decided:  March 15, 2024

———————————

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Siddhanth Sharma, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Siddhanth Sharma seeks to appeal the district court's orders denying his motions to add additional parties and to reopen discovery in his pending civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Sharma seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we grant Sharma's motion to amend, deny his motion for a stay, and dismiss these appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3